# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

145515

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

JAMIE BRIAN SEAMAN,
　　　　　Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145515
COA: 310010
Genesee CC: 10-027841-FC

　　　　On order of the Court, the application for leave to appeal the May 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012　　　　　　　　　　　　　　_____
p1128　　　　　　　　　　　　　　　　　　　　　　　　Clerk